```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

DEREK MINTON,                        )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )   No. 4:07 CV 700 DDN
                                     )
SEARS HOLDING COMPANY,               )
                                     )
        Defendant.                   )
                                     )

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that the motion of plaintiff for leave to voluntarily dismiss this action (Doc. 31) is sustained.

**IT IS FURTHER ORDERED** that this case is dismissed with prejudice.


                                     /S/   David D. Noce
                                **UNITED STATES MAGISTRATE JUDGE**


Signed on March 17, 2008.